UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MICHELE M. SLEIK, FRANK T. SLEIK III,
DEBRA K. FREY, AMY L. TRUCKEY,
MICHAEL R. TRUCKEY, and LELAND HILL,

       Plaintiffs,

       v.        Lead Case No.   22-C-1044
                      Member case:   22-C-1231

VILLAGE OF HOWARD and
VILLAGE BOARD OF VILLAGE OF HOWARD,

       Defendants.

## ORDER FOR JUDGMENT

On August 14, 2024, the court entered its Decision and Order granting-in-part Defendants' motion for summary judgment. Dkt. No. 49. That order dismissed Plaintiffs' claims under the U.S. Constitution and remanded Plaintiffs' remaining state law claims to the Brown County Circuit Court. The court, however, did not instruct the Clerk of Court to enter final judgment. Consequently, on September 11, 2024, Defendants filed a motion asking the court to enter judgment pursuant to Fed. R. Civ. P. 54(b). Dkt. No. 54.

The court finds that there was no just reason in the delay for entry of final judgment, and therefore, the Clerk of Court is directed to enter Judgment in accordance with the court's August 14, 2024, Decision and Order.

**SO ORDERED** at Green Bay, Wisconsin this 12th day of September, 2024.

                                          s/ William C. Griesbach
                                          William C. Griesbach
                                          United States District Judge